IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. **3:24-CR-37-KDB** |
| v. | **BILL OF INDICTMENT** |
| JERMOND SANTA LOWERY JR | Violations: 18 U.S.C. § 1951<br>18 U.S.C. § 924(c) |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Hobbs Act Robbery)*

On or about October 31, 2023, in Mecklenburg County, within the Western District of North Carolina,

**JERMOND SANTA LOWERY JR**

did knowingly and intentionally obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that he did unlawfully take and obtain United States currency belonging to Waffle House, located at 6308 Banner Elk Drive, Charlotte, North Carolina, from the person and presence of an employee, against such employee's will, and by means of actual and threatened force, violence, and fear of immediate and future injury, all in violation of Title 18, United States Code, Section 1951.

### COUNT TWO
*(Possession and Discharge of a Firearm in Furtherance of a Crime of Violence)*

On or about October 31, 2023, in Mecklenburg County, within the Western District of North Carolina,

**JERMOND SANTA LOWERY JR**

did knowingly possess a firearm in furtherance of a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, Hobbs Act Robbery, a violation of Title 18, United States Code, Section 1951, as set forth in Count One of this Bill of Indictment, incorporated by reference herein.

It is further alleged that said firearm was discharged, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

All in violation of Title 18, United States Code, Section 924(c).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. One Torkmag AR15 magazine and ammunition seized during the course of the investigation from the vehicle of **JERMOND SANTA LOWERY JR.** on November 1, 2023.

A TRUE BILL

_____
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
SHAVONN BENNETTE
ASSISTANT UNITED STATES ATTORNEY