# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CRIMINAL ACTION NO. 3:24-CR-00037-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| JERMOND SANTA LOWERY JR., | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss (Doc. No. 27) the Indictment (Doc. No. 1) without prejudice, following Jermond Santa Lowery, Jr.'s guilty plea to related charges in the Bill of Information filed in Case No. 3:24-cr-00194-KDB-SCR. The Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 1) be **DISMISSED** without prejudice.

Signed: October 17, 2024

Kenneth D. Bell
United States District Judge